UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED
JUN 23 2005

Michael N. Milby, Clerk

| | | |
|---|---|---|
| JERRYL WARE, | § | |
| Plaintiff | § § § | |
| vs. | § § | CIVIL ACTION NO. H-05-1491 |
| LEGAL MEDIATION PRACTICE, INC., | § § | |
| Defendant | § § | |

## UNOPPOSED MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Jerryl Ware, Plaintiff herein, and files this motion to dismiss and in support thereof would show the Court as follows:

1.  Plaintiff sued Defendant on April 27, 2005. A settlement was concluded on June 22, 2005.

2.  The settlement has been fully implemented other than Plaintiff has not yet dismissed his suit with prejudice, as required by the settlement.

3.  Plaintiff moves the Court to dismiss her lawsuit, because this lawsuit has been settled.

4.  Defendant is unopposed to this motion.

WHEREFORE, Plaintiff prays that this Court enter an order which dismisses her suit with prejudice. Plaintiff further prays for such other and further relief to which she may be entitled.

Respectfully submitted,

*Richard Tomlinson* (signature)

Richard Tomlinson
State Bar No. 20123500
1 Greenway Plaza, Suite 325
Houston, Texas 77046
(713) 627-2100
Fax: (713) 627-2101

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading has been forwarded to opposing counsel electronically or via First Class, U.S. Mail, on this the 22nd day of June, 2005 as follows:

Duane C. Romanello, P.A.
1919-8 Blanding Boulevard
Jacksonville, Florida, 32210

*Richard Tomlinson* (signature)

Richard Tomlinson