UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

JUN 2 7 2005

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| JERRYL WARE, | § § | |
| Plaintiff | § § | |
| vs. | § § | CIVIL ACTION NO. H-05-1491 |
| LEGAL MEDIATION PRACTICE, INC., | § § | |
| Defendant | § § | |

## UNOPPOSED ORDER TO DISMISS

On this day came on to be heard Plaintiff's Unopposed Motion to Dismiss. After considering the motion, the Court GRANTS the motion and dismisses the case with prejudice.

SIGNED this 27th day of June, 2005.

UNITED STATES DISTRICT JUDGE